IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:20-CV-1376-XR |
| | § | |
| KEVIN BOIS, IN HIS OFFICIAL | § | |
| CAPACITY AS THE CHIEF OF POLICE OF | § | |
| THE KIRBY POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**

Before the Court is the Parties' Joint Motion to Dismiss. After consideration of the motion, the Court is of the opinion that the motion should be and is hereby **GRANTED**. This suit is therefore dismissed without prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Signed this _____ day of March, 2021.

_____
HONORABLE XAVIER RODRIGUEZ
DISTRICT COURT JUDGE